No. 893.   PAYNE FURNACE & SUPPLY Co., INC. *v.* WILLIAMS-WALLACE COMPANY.   May 5, 1941.   Petition for

writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Frederick S. Lyon* and *Leonard S. Lyon* for petitioner. *Mr. A. Donham Owen* for respondent.